AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Shea, Edward F. | United States District Court | 4/01/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Senior Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

825 Jadwin Avenue, Ste. 320
Richland, WA 99352

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer/Director | ███████ - Corporation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 4/01/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | ▨ - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 4/01/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | VISA | Consumer Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 4/01/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northwestern Mutual Life Insurance | B | Dividend | K | T | | | | | |
| 2. Northwestern Mutual Life Insurance | B | Dividend | L | T | | | | | |
| 3. Northwestern Mutual Life Insurance | B | Dividend | L | T | | | | | |
| 4. Prudential Life Insurance | A | Dividend | K | T | | | | | |
| 5. South Boston Savings Bank Life Ins | A | Dividend | J | T | | | | | |
| 6. GESA Credit Union | A | Interest | J | T | | | | | |
| 7. Coins | | None | J | T | | | | | |
| 8. Fishcreek Ltd | | None | K | T | | | | | |
| 9. Art | | None | K | W | | | | | |
| 10. | | | | | | | | | |
| 11. Vanguard Health Care Fund, Admin Personal Acct. | B | Dividend | L | T | Sold (part) | 12/01/12 | J | B | |
| 12. | | | | | | | | | |
| 13. E/ SCHWAB RETIREMENT IRA | | | | | | | | | |
| 14. F5 Networks (FFIV) | | None | K | T | Buy | 11/26/12 | K | | |
| 15. | | | | | Buy (add'l) | 12/26/12 | J | | |
| 16. --Annaly Capital | | | | | Buy (add'l) | 2/7/12 | J | | |
| 17. | | | | | Buy (add'l) | 5/23/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 4/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 11/7/12 | L | | |
| 19. --BAC (IRA) | | None | | | Buy (add'l) | 2/08/12 | J | | |
| 20. | | | | | Sold | 5/14/12 | K | | |
| 21. --Driehaus Emerging Mkts | | None | L | T | Sold (part) | 1/9/12 | J | | |
| 22. --Elan | | None | J | T | Buy (add'l) | 1/9/12 | J | | |
| 23. | | | | | Sold | 2/10/12 | K | | |
| 24. | | | | | Buy | 8/7/12 | J | | |
| 25. --Globix Corp | | None | J | T | | | | | |
| 26. Hatteras Financial (HTS) | | None | | | Buy | 3/16/12 | L | | |
| 27. | | | | | Buy (add'l) | 5/23/12 | K | | |
| 28. | | | | | Sold | 11/7/12 | L | | |
| 29. --Int'l GameTech (IGT)* | | None | | | | | | | |
| 30. --Microsoft | | None | L | T | Buy | 11/12/12 | K | | |
| 31. | | | | | Buy (add'l) | 11/19/12 | J | | |
| 32. --PASDX (IRA) | | None | K | T | | | | | |
| 33. --PAUDX(IRA) | | None | K | T | Buy | 3/6/12 | K | | |
| 34. Prothena(Spin off from Elan) | | None | J | T | Spinoff (from line 22) | 12/26/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 4/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Prudential (PRU) | | None | K | T | Buy | 4/25/12 | J | | |
| 36. | | | | | Buy (add'l) | 7/24/12 | J | | |
| 37. | | | | | Buy (add'l) | 8/1/12 | J | | |
| 38. | | | | | Buy (add'l) | 8/3/12 | J | | |
| 39. | | | | | Buy (add'l) | 11/7/12 | J | | |
| 40. | | | | | Buy (add'l) | 11/19/12 | J | | |
| 41. --Schwab Value Advantage Money Fund | | None | | | Sold | 6/6/12 | K | | |
| 42. --Skyworks | | None | | | Sold | 3/5/12 | L | | |
| 43. --US Bank | | None | K | T | Sold (part) | 12/26/12 | K | | |
| 44. --Vanguard Health Care Fund (IRA) | | None | K | T | | | | | |
| 45. --Verizon | | None | K | T | Sold (part) | 12/26/12 | K | | |
| 46. --Windstream | | None | | | Buy (add'l) | 3/6/12 | J | | |
| 47. | | | | | Sold | 5/14/12 | K | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. M/RETIREMENT ACCOUNT | | | | | | | | | |
| 51. Am. Euro PAC | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Diversified Investment Advisors (DIV) - Plan Advisors | | | | | | | | | |
| 53. --Allainz NFJ Dividend Value A Fund | None | K | T | Buy (add'l) | 11/21/12 | J | | |
| 54. --Goldman Sacks Mid Cap Value Fund | None | K | T | Buy (add'l) | 11/21/12 | J | | |
| 55. --Mainstay Lg Cap Growth Fund | None | K | T | Buy (add'l) | 12/19/12 | J | | |
| 56. --Pimco Tot.Ret. Fund | None | M | T | Buy (add'l) | 5/14/12 | K | | |
| 57. --TFLIC | None | L | T | Sold (part) | 11/21/12 | J | | |
| 58. --Thornburg Int'l Value Fund | None | J | T | Sold (part) | 5/14/12 | K | | |
| 59. --Vanguard Inst'l Index | None | J | T | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. M/IRA - SCHWAB | | | | | | | | | |
| 63. --Comcast | None | | | Sold | 3/14/12 | K | | |
| 64. --ELAN | None | | | Sold | 2/10/12 | K | | |
| 65. PIMCO Tot Ret | None | J | T | Buy | 3/28/12 | J | | |
| 66. PIMCO All Asset (PASDX) | None | | | Buy | 3/28/12 | J | | |
| 67. | | | | | Sold | 8/3/12 | J | | |
| 68. PIMCO All Asset All Authority (PAUDX) | None | J | T | Buy | 3/28/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Skyworks | | None | | | Sold | 3/14/12 | J | | |
| 70. | | | | | | | | | |
| 71. | | | | | | | | | |
| 72. SCHWAB ACCOUNT | | | | | | | | | |
| 73. DRYS | | None | | | Buy | 6/11/12 | J | | |
| 74. | | | | | Buy (add'l) | 2/14/12 | J | | |
| 75. | | | | | Sold | 12/26/12 | J | | |
| 76. ELAN | | None | J | T | Buy | 8/7/12 | J | | |
| 77. --Pimco All Asset (PASDX) | B | Dividend | K | T | | | | | |
| 78. --Schwab Money Market Fund | A | Interest | K | T | | | | | |
| 79. -- Schwab Cash Account | | Interest | | T | | | | | |
| 80. --Schwab Invest Money Fund (Pers) SWAXX | A | Int./Div. | J | T | | | | | |
| 81. --SIRIUS | | None | | | Buy (add'l) | 8/22/12 | J | | |
| 82. | | | | | Sold | 11/7/12 | J | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

\* Int'l Game Tech (IGT) - Did not have in account in 2012. Must have been completely sold in 2011.

\*\* Part VII, Investments and Trusts - Line 117 listing SIRIUS stock activity and lines 120-129 listing ELN stock activity were inadvertently omitted from the original report and added to this amended report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Edward F. Shea**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544